McGREGOR W. SCOTT
United States Attorney
ADRIAN KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 1 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:19-SW-0611 CKD |
|---|---|
| USPS Priority Mail Flat Rate Parcel with tracking number 9505 5130 2151 9184 2846 90, addressed to "Susana Velazquez 2960 South B St. Stockton, CA 95206" | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS  **UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned case shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 7/10/2019

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER